# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHELLE GOUGH ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 16 CV 07480 |
| ) | |
| ROUND LAKE AREA SCHOOLS ) | Honorable Jorge L. Alonso |
| COMMUNITY UNIT SCHOOL ) | |
| DISTRICT #116, and individuals ) | |
| CONSTANCE COLLINS, Ph.D. and ) | |
| JERRI RYAN, ) | |
| ) | |
| Defendants. ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, hereby stipulate as part of the settlement of this suit to the voluntary dismissal of this action with prejudice. The Parties are to bear their own costs and attorney's fees.

Respectfully submitted,

/s/ Andrew H. Haber, Plaintiff

By: Andrew H. Haber
Dennis Favaro
Favaro & Gorman, Ltd.
835 Sterling Ave., Ste. 100
Palatine, IL 60607
dfavaro@favarogorman.com
pgorman@favarogorman.com
ahaber@favarogorman.com

/s/ Pamela E. Simaga, Defendants

By: Pamela E. Simaga
Vanessa V. Clohessy
Hodges, Loizzi, Eisenhammer,
 Rodick & Kohn LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, Illinois 60005
(847) 670-9000
vclohessy@hlerk.com
psimaga@hlerk.com

452152_1.DOCX

## CERTIFICATE OF SERVICE

Pamela E. Simaga, an attorney, certifies that on August 23, 2017, a true and correct copy of the foregoing **Agreed Stipulation of Dismissal with Prejudice** was electronically filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, via its CM/ECF System and was electronically served to each person listed below:

J. Dennis R. Favaro
Patrick J. Gorman
Andrew H. Haber
Favaro & Gorman, Ltd.
835 Sterling Ave., Ste. 100
Palatine, IL  60607
dfavaro@favarogorman.com
pgorman@favarogorman.com
ahaber@favarogorman.com

By: /s/ Pamela E. Simaga
One of the Attorneys for Defendants and Defendant-Counter-Plaintiff Board of Education of Round Lake Area Schools No. 116

Vanessa V. Clohessy
Pamela E. Simaga
Hodges, Loizzi, Eisenhammer,
  Rodick & Kohn LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, Illinois 60005
(847) 670-9000
vclohessy@hlerk.com
psimaga@hlerk.com

452152_1.DOCX